| Only the original Power of Attorney will bind this Surety. | **POWER OF ATTORNEY**<br>**INTERNATIONAL FIDELITY INSURANCE COMPANY**<br>P.O. BOX 9810, CALABASAS, CA 91372-9810<br>(800) 935-2245    INFO@AIASURETY.COM | POWER NUMBER   IF100K-2890 |
|---|---|---|

**THIS POWER VOID IF NOT USED BY:** December 31, 2017          **POWER AMOUNT $** 100,000

KNOW ALL MEN BY THESE PRESENTS, that INTERNATIONAL FIDELITY INSURANCE COMPANY, a corporation duly organized and existing under the laws of the State of New Jersey, has constituted and appointed, and does hereby constitute and appoint, its true and lawful Attorney-in-Fact, with full power and authority to sign the company's name and affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of said company at its home office in their own proper person; and the said company hereby ratifies and confirms all and whatsoever its said Attorney-in-Fact may lawfully do and perform by virtue of these presents.

**THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF**

ONE HUNDRED THOUSAND DOLLARS**********************·

**AND MAY BE EXECUTED FOR FEDERAL BAIL RECOGNIZANCE ONLY.**

A separate Power of Attorney must be attached to each bond executed. Powers of Attorney must not be returned to Attorney-in-Fact, but should remain a permanent part of the court records.

---

Bond Amt $ 100,000                Date Executed 9-28-2017

Defendant John Phillip Drawdy     D.O.B. _____

Case # 3:17-MJ-222     Appearance Date TBA

Offense BWI meth, felony poss

Court County Richland     Total Prem Chgd 10,000

Court City Columbia     Court State SC     Div./Dept. _____

If rewrite, give orig. power # _____     ☐ Increase   ☐ Decrease

Executing Agent [signature]
                Signature/if applicable, add your COURT assigned Agent #

Form# IFI.0102 (09/16)        **ORIGINAL**

NOTICE: Stacking of Powers is strictly prohibited. No more than one power from this Surety may be used to post any one bail amount.

IN WITNESS WHEREOF, said INTERNATIONAL FIDELITY INSURANCE COMPANY, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate seal, signed by its Chairman of the Board and attested by its Secretary, this 23rd day of March, 1998.

[signature]
Francis Mitterhoff, Chairman of the Board

[signature]
Norman Konvitz, Secretary

**FEDERAL BAIL RECOGNIZANCE ONLY**

[seal: INTERNATIONAL FIDELITY INSURANCE COMPANY · INCORPORATED 1904 · NEW JERSEY]

00121668